1  ELLYN M. LAZAR, #ID 94728
LAW OFFICES OF ELLYN M. LAZAR
2  3452A MENDOCINO AVENUE
SANTA ROSA, CA 95403
3  TELEPHONE (707) 579-8311

4  Attorney for Debtors

5

6

7          UNITED STATES BANKRUPTCY COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10

11  In re                                    Case Number 10-12709-AJ-13
                                             Chapter 13
12  FRANK GARCIA, III,

13  and CHERYL J. GARCIA                      JUDGMENT DETERMINING VALUE
                                             OF THE GMAC MORTGAGE
14  _____/        (FORMERLY QUICKEN LOANS, INC.)
                                             (AND/OR WELLS FARGO, N.A.)
15  FRANK GARCIA, III                         SECURED CLAIM PURSUANT
    and CHERYL J. GARCIA                      TO 11 U.S.C. §506(a) AT ZERO
16

17          Plaintiffs                        AP No. 10-01173

18  vs

19  GMAC MORTGAGE, QUICKEN LOANS, INC.
    AND WELLS FARGO, N.A.
20

21          Defendants
    _____/
22

23          The default of defendants having been entered, IT IS ORDERED, ADJUDGED and

24  DECREED as follows:

25          1.  The value of Defendants GMAC Mortgage, Quicken Loans, Inc. and/or Wells Fargo,

26  N.A.'s second Deed of Trust recorded against Plaintiffs/Debtors' residence commonly known as

27  212 Carolyn Drive, American Canyon, CA 94503, AP No. 058-123-020 (and legal described as

28  Lot 254, as shown on the Map of Rancho Del Mar No. 4, filed on August 17, 1954 in Book 6 of

Maps at Pages 1 and 2 Napa County Records) as Instrument No. 2006-0005383, is zero (0) and shall be treated under Plaintiffs/Debtors' Chapter 13 Plan as a general unsecured claim. Defendants do not have a secured claim and Defendants' lien may not be enforced, pursuant to 11 U.S.C. §§506, 1322(b)(2) and 1327.

2. Any timely filed proof of claim of the Defendants GMAC Mortgage, Quicken Loans, Inc. and/or Wells Fargo, N.A. for the second Deed of Trust shall be treated as an unsecured claim under the Plan.

3. Defendants GMAC Mortgage, Quicken Loans, Inc. and/or Wells Fargo, N.A. or their agents, are ordered to cancel and reconvey their second Deed of Trust, including but not limited to, Instrument No. 2006-0005383 recorded in the Napa County Recorders Office, against Plaintiffs/Debtors FRANK GARCIA, III and CHERYL J. GARCIA's residence commonly known as 212 Carolyn Drive American Canyon, CA 94503, AP No. 058-123-020 (and legally described above) pursuant to 11 U.S.C. §506(d), immediately upon the entry of the Chapter 13 Discharge Order and deliver to the attorney for the Plaintiffs/Debtors within 20 days from the date of the entry of the said order at no charge or fee to the Plaintiffs/Debtors for the cancellation and delivery.

4. This judgment is of no effect if the Chapter 13 case is dismissed or converted prior to entry of discharge.

Dated : February 7, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge

-2-